# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

ROBIN KAYE HOLBROOK, )
)
        Plaintiff, )
)
v. ) CIV-15-105-FHS-KEW
)
CAROLYN W. COLVIN, Acting )
Commissioner of the Social Security )
Administration, )
)
        Defendant. )

# **ORDER**

On August 4, 2016, the United States Magistrate Judge for this District filed a Report and Recommendation in this case finding this case should be reversed and remanded for further proceedings. On August 8, 2016, Defendant filed an Objection. In the Objection, Defendant argues that while the ALJ may not have clearly and definitively set forth his reasons for rejecting Dr. Laughter's and Mr. Cooper's opinions, this court should find the weight afforded to those opinions from the ALJ's decision as a whole. On August 22, 2016, Plaintiff filed a response to the objection. Plaintiff argued that the Magistrate Judge correctly concluded that the ALJ erred in failing to properly evaluate Dr. Laughter's and Mr. Cooper's opinions.

The court has reviewed the Objection and the Response. The court will not attempt to fill in the blanks for the ALJ as to how much weight the ALJ afforded the opinions at issue. As a result, this court denies the Objection filed by Plaintiff. The Report and Recommendation suggests that the case be REVERSED AND REMANDED for further administrative proceedings. This Court finds the Report and Recommendation of the Magistrate Judge applied the proper standards and documents numerous references

to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be REVERSED AND REMANDED.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Report and Recommendation of the United States Magistrate Judge be SUSTAINED and adopted by this Court as this Court's Findings and Order. Accordingly, this case is REVERSED AND REMANDED to the defendant under the fourth sentence of 42 U.S.C. §405(g) for proceedings consistent with this order.

**IT IS SO ORDERED** this 21st day of September, 2016.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma